No. 360, Misc. WISEMAN v. TINSLEY, WARDEN. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se.* *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, *John W. Patterson* and *John B. Barnard, Jr.,* Assistant Attorneys General, for respondent.

No. 368, Misc. HUNT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 371, Misc. SEARS v. KLINGER, SUPERINTENDENT, CALIFORNIA MEN'S COLONY. Supreme Court of California. Certiorari denied.

No. 373, Misc. ROLIE v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 375, Misc. SHEPHERD v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 382, Misc. MOMAN v. RAGEN, WARDEN, ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 383, Misc. NEAL v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 384, Misc. BLAIR v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.